UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

    vs.                                                     5:07-CR-106 (FJS)

**Matthew Langdon**

---

## RECOMMENDATION AND ORDER

Upon the defendant's admission to violations, as set forth in the supervised release violation petition dated September 8, 2009 it is hereby

**ORDERED** that the defendant is remanded to the custody of the United States Marshal and it is **RECOMMENDED** that the defendant participate in the High Impact Incarceration Program (HIIP) at the Jamesville Correctional Facility and further it is

**ORDERED** that upon completion of the HIIP that the defendant shall appear in Court on October 21, 2009 at 12:00noon in Syracuse, New York or, if the defendant has not completed HIIP, any date scheduled thereafter.

**IT IS SO ORDERED.**

September 15, 2009
Syracuse, New York

                                                         Frederick J. Scullin, Jr.
                                                         Senior United States District Court Judge